NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACQIS, LLC,**

*Plaintiff-Appellant*

**v.**

**EMC CORPORATION,**

*Defendant-Appellee*

---

2024-1649

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:14-cv-13560-ADB, Judge Allison Dale Burroughs.

---

## JUDGMENT

---

AARON ROBERT FAHRENKROG, Robins Kaplan LLP, Minneapolis, MN, argued for plaintiff-appellant.

PAUL E. TORCHIA, Gibson, Dunn & Crutcher LLP, New York, NY, argued for defendant-appellee. Also represented by ALLYSON EVE PARKS; JAYSEN CHUNG, San Francisco, CA; NATHAN ROBERT CURTIS, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2026
Date

Jarrett B. Perlow
Clerk of Court